# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**SPRINGDALE SCHOOL DISTRICT**                    **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                                  **CASE NO. 5:24-CV-5131**

**E.C. and M.H.,**
**As Parents of E.H., a Minor**                   **DEFENDANTS/COUNTER-PLAINTIFFS**

## ORDER

Before the Court is Defendants/Counter-Plaintiffs' Motion to Proceed Using Pseudonyms (Doc. 9). The Motion is unopposed. This case involves claims brought pursuant to the Individuals with Disabilities in Education Act ("IDEA"). The IDEA directs the federal government and state and local education agencies to "ensure the protection of the confidentiality of any personally identifiable data, information, and records," 20 U.S.C. § 1417(c), including "[t]he name of the child, the child's parent, or other family member," "[t]he address of the child," and "[a] list of personal characteristics or other information that would make it possible to identify the child with reasonable certainty," 34 C.F.R. § 300.32.

It is reasonable to assume that a child's identity, though reduced to initials, may nonetheless be discernable to the public if his parents' full names are disclosed in a court filing. Protecting a disabled child's identity is important in an IDEA case that necessarily involves confidential medical and educational records. According to the Eighth Circuit, "a party may proceed under a fictitious name only in those limited circumstances where the party's need for anonymity outweighs countervailing interests in full disclosure." *Cajune v. Indep. Sch. Dist. 194*, 2024 WL 3169925, at *3 (8th Cir. June 26, 2024). This case presents one of those limited circumstances.

1

As E.H.'s need for anonymity outweighs any countervailing interests and Plaintiff/Counter-Defendant will not be prejudiced by identifying the parents using initials, **IT IS ORDERED** that the Motion to Proceed Using Pseudonyms (Doc. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties henceforth must refer to the parents in Court filings as "E.C." and "M.H." The Clerk of Court is **DIRECTED** to amend the docket to identify the parents of E.H. by their initials only. Further, the Clerk is to **SEAL** all filings that contain the parents' full names, including the Civil Cover Sheet (Doc. 1), the Complaint (Doc. 2), and the Magistrate Notice/Consent Form (Doc. 3).

**IT IS FURTHER ORDERED** that Plaintiff/Counter-Defendant file a public-facing complaint that identifies the parents by their initials. This complaint should otherwise be identical in content to the original complaint filed on June 26, 2024. The public-facing complaint should be filed of record by **August 16, 2024**.

**IT IS SO ORDERED** on this ___5th___ day of August, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE